1  **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
   Michael R. Ayers, Esq. (NV Bar No.10851)
2  Michael.ayers@qpwblaw.com
   Sarah B. Hartig, Esq. (NV Bar No. 10070)
3  Sarah.hartig@qpwblaw.com
   3740 Lakeside Drive, Suite 202
4  Reno, Nevada 89509
   Telephone: 775-322-4697
5  Attorney for Defendant
   Walmart, Inc.
6

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9  CHANYAMAS TRAIRATTANANUSORN,         Case No: 2:25-cv-00425-CDS-BNW

10             Plaintiff
                                        **STIPULATION TO DISMISS**
11  v.                                  **WITH PREJUDICE**

12
    WALMART, INC.,
13

14             Defendant

15

16      IT IS HEREBY STIPULATED by and between Mysty Langford, attorneys for the Plaintiff,

17  CHANYAMAS TRAIRATTANANUSORN, and Sarah B. Hartig, Esq. and Michael Ayers, Esq.

18  attorneys for Defendants, WALMART, INC. that the Plaintiff's Complaint be dismissed with

19  prejudice in its entirety, and each party to bear their own costs and attorney's fees.

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

1   IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter. All
2   other court related appearances be VACATED in the above referenced matter.

3   DATED this 15th day of December, 2025.           DATED this 15th day of December, 2025.

4   QUINTAIROS, PRIETO, WOOD                         RICHARD HARRIS LAW FIRM
5   & BOYER, P.A.

6   By: /s/ Sarah B. Hartig                          By: Mysty Langford
    Michael R. Ayers, Esq.                           Mysty Langford, Esq.
7   Nevada Bar No.10851                              Nevada Bar No. 16909
    Sarah B. Hartig, Esq.                            801 South Fourth St.
8   Nevada Bar No. 10070                             Las Vegas, NV 89101
9   3740 Lakeside Dr., Ste. 202                      *Attorneys for Plaintiff*
    Reno, NV 89509                                   *Chanyamas Trairattananusorn*
10  *Attorneys for Defendant*
    *Walmart, Inc.*
11

14      Based on the parties' stipulation, this case is dismissed with prejudice, with each party to
15  bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

16      Dated: December 15, 2025

                                                    _____
19                                                  UNITED STATES DISTRICT JUDGE

